AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 19 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KRISTOPHER PATRICK WALKER | ) | Case No. |
| | ) | H16-1366M |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 16th, 2016 _____ in the county of _____ Grimes _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, USC 922(g)(1) | Unlawful possession of a firearm by prohibited person |

This criminal complaint is based on these facts:

See Affidavit (Attachment A)

☑ Continued on the attached sheet.

_____
_Complainant's signature_

James Tyler Settelen, Special Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 9/19/16 _____

_____
_Judge's signature_

City and state: _____ Houston, Texas _____

_____
_Printed name and title_

*JOE PORTO MUSA*
*713-567-9346*

## AFFIDAVIT

The affiant being duly sworn does depose and state the following:

1.      I, James Settelen (the "affiant"), am currently employed as a Special Agent in the Bureau of Alcohol, Tobacco and Firearms & Explosives (ATF) and have been so since 2015.  During this time, I have conducted and participated in numerous investigations concerning the illegal possession of firearms.  In addition to the affiant's duties as a Special Agent, the affiant has acquired specialized knowledge and experience as to firearms and ammunition.

2.      This affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint alleging that on or about the 16th day of September, 2016, in the Southern District of Texas, KRISTOPHER PATRICK WALKER did unlawfully possess a firearm that had previously traveled in and affected interstate commerce then being a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year.  Since this Affidavit is for the limited purpose of establishing probable cause to support the Criminal Complaint, it contains only a summary of relevant facts.  I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

3.      The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c) criminal history records maintained by various law enforcement agencies such as the United States Department of Homeland Security & the National Criminal Information Center ("NCIC"); and (d) the training and experience of myself and other law enforcement agents and officers.

4.      On September 16th, 2016, United States Bureau of Alcohol, Tobacco, Firearms & Explosive (ATF) special agents were requested to assist the Grimes County Texas Sheriff's Department (GCSO) in a joint criminal investigation relative to KRISTOPHER PATRICK WALKER.  The offenses alleged occurred within the Southern Federal Judicial District of Texas.

5.      According to GCSO investigator James Armatys, he was assigned to investigate KRISTOPHER PATRICK WALKER in reference to the illegal use and possession of alleged explosive devices.  Based upon his investigation, a state search warrant was issued by a Grimes County District Judge to search the suspected residence of KRISTOPHER PATRICK WALKER located at the Rosewood Village RV Park at 22833 FM 1774, Plantersville, TX 77363.

6.      The residence was a travel trailer at the RV park bearing Texas License

plate# B090080.  A check of the Texas registration system showed that the travel trailer was registered to KRISTOPHER PATRICK WALKER.

7.      ATF agents and task force officers conducted multiple interviews of several neighbors and the leasing staff on the property.  All identified KRISTOPHER PATRICK WALKER as residing at the travel trailer with his 13-year-old daughter to include identifying a Texas Driver's license photograph or Grimes County booking photo.  In addition, Agents reviewed the leasing computer files and observed that KRISTOPHER WALKER was the person leasing the lot where his travel trailer was located.

8.      On September 16th, 2016, GCSO officers executed the aforementioned search warrant.  Upon entry into the travel trailer, they encountered what they believed to be evidence of explosive manufacturing and possession, drug possession, and firearms possession.  They immediately requested ATF assistance in the search of the residence.

9.      A subsequent state search warrant was obtained for drug evidence based upon observations made by officers upon initial entry into the residence.  During the search of WALKER's travel trailer, ATF agents and local law enforcement recovered the following firearms, all of which were loaded with ammunition:

· Marlin, Model 60, .22 caliber, semi-automatic, rifle, SN: 02235797
· Marlin, Model 60, .22 caliber, semi-automatic, rifle, SN: 27277668
· HS Produkts (Imported by Springfield Armory), XD Model, .45 caliber, semi-automatic, pistol, SN: XS677973

10.     ATF agents conducted a criminal history background investigation in reference to KRISTOPHER PATRICK WALKER with a date of birth of 04/30/1980.  Based upon WALKER's computerized criminal history, which includes his arrest and conviction records based upon FBI fingerprint comparison and analysis, WALKER was found to have been previously convicted of multiple felony offenses to include:

· Unlawful Possession of a Firearm in the First Degree, on September 3rd, 2002, Cause Number 02 1 03019 out of Pierce County, Washington
· Conspiracy to Manufacture a Controlled Substance (Methamphetamine), on September 3rd, 2002, Cause Number 02 1 03019 out of Pierce County, Washington
· Conspiracy to Manufacture a Controlled Substance (Methamphetamine), on March 27th, 2002, Cause Number 02-100052-7 out of Pierce County, Washington
· Unlawful Possession of a Controlled Substance (Methamphetamine), on March 27th, 2002, Cause Number 02-100052-7 out of Pierce County, Washington

11.     Upon analysis of KRISTOPHER PATRICK WALKER's criminal conviction records, he is a prohibited person from possessing firearms and therefore any and all possession of firearms would be in violation of Title 18, United States Code, Section 922(g)(1) due to having been previous convicted of felony offenses for which he received a sentence for an offense which carries a punishment range for more than one year of confinement in prison.

12.     On September 16th, 2016, ATF Special Agent Jason Bean conducted an examination of the aforementioned firearms.  Based upon his examination, he determined that all three are firearms and function as defined in Title 18, United States Code Chapter 44, Section 921(a)(3) and were not manufactured in the State of Texas and would have traveled in interstate commerce to be found at the residence of KRISTOPHER PATRICK WALKER, a travel trailer bearing Texas License plate# B090080, in the RV park at Rosewood Village, 22833 FM 1774, Plantersville, Texas.

13.     That, to the best of the affiant's knowledge and belief, all statements made in this affidavit are true and correct. And that based on the foregoing facts, the affiant believes probable cause exists for the issuance of an arrest warrant for the person of KRISTPHER PATRICK WALKER for violation of Title 18, United States Code, Section 922(g)(1) Unlawful Possession of a firearm by a prohibited person.

James Settelen
Special Agent, ATF

Sworn to and subscribed before me this /9 th day of September, 2016.

Frances H. Stacy
U. S. Magistrate Judge